# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHSAAN THOMAS, | ) Case No. CV 06-4231-GAF (JTL) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| v. | ) |
| L.E. SCRIBNER, Warden, | ) |
| Respondent. | ) |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 6/18/09

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE